IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Madge Lee Socky, as Personal Representative of the Estate of Frank J. Socky,  )<br>  )<br>  )<br>  ) | Civil Action No. 3:02-1782-24 |
| Plaintiff,  ) | PETITION FOR APPROVAL |
|   ) | OF SETTLEMENT |
| vs.  ) | |
|   ) | |
| Versa Products, Inc.; G & L Products, Inc.; and David R. Lambert,  )<br>  )<br>  ) | |
| Defendants.  )<br>  ) | |

The Plaintiff, Madge Lee Socky, as Personal Representative of the Estate of Frank J. Socky, hereby petitions this Court, pursuant to South Carolina Code §§ 15-51-41 and 15-51-42 ( including Federal District Court's authority to approve such settlements pursuant to South Carolina Code § 15-51-42(d)), for approval of a settlement involving wrongful death and survival claims against the above-captioned Defendants.

1. Plaintiff, Madge Lee Socky, is the duly appointed Personal Representative of the Estate of Frank J. Socky, her late husband. Ms. Socky was the duly appointed Personal Representative of the estate of her husband pursuant to an Order of the Richland County Probate Court.

2. This matter arises out of the death of Frank J. Socky on June 17, 2001, following his fall from a Versaladder manufactured, marketed, and/or sold by Defendants. Plaintiff asserts that

1

the Defendants' ladder was defective and that Defendants were negligent in the manufacture, design, testing, and warning of users and the public regarding the risks associated with the use of this ladder.

3.  Plaintiff is informed that Defendants have a total of $2,000,000.00 of insurance coverage applicable to this claim with St. Paul Surplus Lines Insurance Company of St. Paul, Minnesota.

4.  Mr. Socky was survived by his wife, Madge Lee Socky, and his son, Fred Socky. Mrs. Socky is the sole residual beneficiary under Mr. Socky's Will. There are no creditors of record.

5.  Subject to the approval of this Court, the above-captioned parties have reached a settlement as set forth below:

> a.  Payment by Defendants to Plaintiff of $700,000.00 upon court approval of the settlement; and
>
> b.  Agreement by Plaintiff's counsel that they will not disclose to the media the terms and amount of settlement, provided that all parties hereto recognize that the terms and amount of settlement will be a matter of public record.

6.  The Plaintiff has carefully considered the matter and believes the settlement offer to be fair and just, to be in the best interest of the estate, the heirs at law, and statutory beneficiaries, and that the same should be approved and accepted by this Court.

7.  Plaintiff seeks the Court's approval of attorney's fees in this matter. Plaintiff retained as counsel Richard Mark Gergel of Gergel, Nickles & Solomon, P.A., of Columbia, South Carolina, on the basis of a 40% contingency fee. Plaintiff's counsel has voluntarily agreed, however, to reduce that fee to 35% of the gross settlement amount. Thus, Plaintiff seeks Court approval for an attorney's fee of $245,000.00.

8. The fee agreement between Plaintiff and counsel further provides that counsel be reimbursed for all expenses reasonably incurred in the course of this representation. The total expenses incurred in this matter are $71,931.31, which are set forth in detail in the attached statement.

9. Plaintiff seeks the Court's approval of the allocation between wrongful death and survival claims. Plaintiff proposes that 75% of the settlement amount be allocated to the wrongful death claim and 25% allocated to the survival claim.

WHEREFOR, Plaintiff prays unto the Court for the following relief:

A. Approval of the settlement as set forth in this Petition;

B. Approval of attorney's fees as set forth in this Petition;

C. Approval of costs as set forth in this Petition;

D. Approval of the allocation as set forth in this Petition; and

E. Authorization for Plaintiff to execute documents releasing defendants and dismissing the pending action with prejudice.

*Madge Lee Socky*
Madge Lee Socky
Personal Representative of the Estate of
Frank J. Socky

STATE OF SOUTH CAROLINA )
) **VERIFICATION**
COUNTY OF RICHLAND )

Madge Lee Socky, being duly sworn, deposes and states as follows:

1. I am the duly appointed Personal Representative of the Estate of Frank J. Socky.

2. I have read the foregoing Petition and, to my personal knowledge, it is truthful and accurate.

_____
Madge Lee Socky

SWORN TO BEFORE ME THIS

27th day of July, 2005

_____
Notary Public for South Carolina (L.S.)

My Commission Expires: 10/19/10

07/20/2005   RMG

**GERGEL, NICKLES & SOLOMON, P.A.**
**P. O. BOX 1866**
**COLUMBIA, SC 29202-1866**

```
EST. FRANK J. SOCKY                    Client #:
C/O MADGE LEE SOCKY                    File #: 01-256
6 BARONY PLACE CIRCLE                  As of Date: 07/19/2005
COLUMBIA SC 29229

                                       RICHARD M. GERGEL
RE: PRODS. LIAB.
```

For Services Rendered From 07/06/2001 Through 07/19/2005

**COSTS ADVANCED**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/06/2001 | HAZARD, KEEFE & LEANE ENGINEERING, INC. | 4,000.00 |
| 07/16/2001 | ACCIDENT RESEARCH SPECIALIST | 1,734.00 |
| 07/23/2001 | VERSALADDER | 101.85 |
| 07/31/2001 | ACCIDENT RESEARCH SPECIALIST | 2,183.90 |
| 10/14/2001 | HAZARD KEEFE & LEANE ENGINEERING | 1,228.01 |
| 03/12/2002 | LOWES | 119.00 |
| 05/22/2002 | SERVICE FEE | 20.00 |
| 07/15/2002 | SERVICE FEE | 100.00 |
| 08/19/2002 | BATTERIES | 18.86 |
| 06/06/2003 | OLIVER G. WOOD, JR. | 1,768.60 |
| 06/18/2003 | HAZARD, KEEFE & LEANE | 4,212.00 |
| 06/30/2003 | UNITED PROCESSING INC | 155.00 |
| 11/19/2003 | ACCIDENT RESEARCH SPECIALIST | 2,368.55 |
| 05/18/2004 | HAZARD, KEEFE & LEANE | 3,685.61 |
| 06/07/2004 | HAZARD, KEEFE & LEANE | 13,428.12 |
| 07/16/2004 | ACCIDENT RESEARCH SPECIALIST | 1,237.50 |
| 07/30/2004 | CAROLINA FIRST BK | 165.00 |
| 08/11/2004 | GARRISON & KEIFER, P.C. | 50.00 |
| 09/15/2004 | KEVIN HERBERT | 47.50 |
| 09/15/2004 | ALISON HERBERT | 47.50 |
| 09/22/2004 | STEVEN G. FULKERSON | 40.00 |
| 11/17/2004 | DENNIS J. AMBER | 50.00 |
| 01/14/2005 | THOMAS J. WILLS, ESQ. | 1,187.50 |
| 04/25/2005 | HAZARD, KEEFE & LEANE | 4,760.00 |
| 07/13/2005 | WILLS & MASSALON, LLC | 400.00 |
| 07/19/2005 | FILING FEE | 289.50 |
| 07/19/2005 | WESTLAW SEARCH | 1,097.02 |
| 07/19/2005 | FEDERAL EXPRESS | 29.95 |
| 07/19/2005 | COURT REPORTER FEE | 14,058.50 |
| 07/19/2005 | LONG DISTANCE CALL(S) | 141.16 |

EST. FRANK J. SOCKY                                                            Page#:     2
File #: 01-256

| 07/19/2005 | COPIES | 3,404.74 |
| 07/19/2005 | UPS | 207.18 |
| 07/19/2005 | PICTURES/VIDEOS | 575.48 |
| 07/19/2005 | HOTEL | 2,441.33 |
| 07/19/2005 | AIR LINE TICKETS | 4,552.93 |
| 07/19/2005 | CAR RENTAL | 971.77 |
| 07/19/2005 | KANE COPIES | 3,053.28 |
|  | **TOTAL COSTS ADVANCED:** | $73,931.31 |

**PAYMENTS**

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 08/06/2004 | Payment Received - Thank You | 2,000.00 |
|  | **TOTAL PAYMENTS RECEIVED:** | $2,000.00 |
|  | **PREVIOUS BALANCE:** | 0.00 |
|  | **CURRENT CHARGES:** | 73,931.31 |
|  | **LESS PAYMENTS:** | 2,000.00 |
|  | **TOTAL AMOUNT DUE:** | $71,931.31 |

PLEASE MAKE CHECK OUT TO GERGEL, NICKLES & SOLOMON, P.A.
PLEASE INCLUDE YOUR FILE NUMBER ON YOU CHECK
YOUR PROMPT PAYMENT WILL BE APPRECIATED
ALL TIME IS CALCULATED IN INCREMENTS OF 1/10 OF AN HOUR.